IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

JUAN AMBROSIO LAMEIRO AGUAYO
SONIA ESTHER CARO ESTERAS

Case No. 23-02873-MAG
Chapter 11

Debtor(s)

## MOTION IN COMPLIANCE WITH ORDER

**TO THE HONORABLE COURT**:

**COMES NOW** Debtors, represented by the undersigned counsel and respectfully **STATES, ALLEGES** and **PRAYS** as follows:

1. On February 20, 2024, this Honorable Court ordered the Debtor to show cause why the case shall not be dismissed for failure to comply with this Court's Order at docket #73. *See,* Dk. #80.

2. In compliance with this Honorable Court's Order, the Debtors hereby inform that, on today's date, the monthly operating report for the month of December 2023 was filed. *See,* Dk. #82.

3. Accordingly, the Debtors hereby inform and respectfully request that this Honorable Court take notice of above mentioned.

**WHEREFORE**, the Debtors respectfully request that this Honorable Court be inform by the information proffered herein and deem the Debtor in compliance with this Honorable Court's Order.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send

notification, upon information and belief, of such filing to the following: THE UNITED STATES TRUSTEE, Small Business Subchapter V Trustee and to all CM/ECF participants.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this 20th day December 2024.

**THE BATISTA LAW GROUP, PSC.**
P.O. Box 191059
San Juan, PR. 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589

/s/ William Rivera Vélez
William Rivera Vélez, USDC # 229408
E-mail: wrv@batistasanchez.com